**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **STATE FARM MUTUAL AUTOMOBILE** | § | |
| **INSURANCE COMPANY and** | § | |
| **STATE FARM COUNTY MUTUAL** | § | |
| **INSURANCE COMPANY OF TEXAS,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| **v.** | § | **SA-22-CV-806-JKP (HJB)** |
| | § | |
| | § | |
| **SANJAY MISRA, M.D. and** | § | |
| **SANJAY MISRA, M.D., P.A.** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT REPORT RE: ADR**

The parties have agreed to participate in mediation with mediator Dan Pozza, with Plaintiffs collectively paying for 50% of the mediator's fees and Defendants collectively paying for 50% of the mediator's fees. The parties agree to complete mediation no later than March 15, 2024.

By:  /s/ Christopher Maciel

Dated: November 22, 2022

Ross O. Silverman (admitted *pro hac vice*)
Jared T. Heck (admitted *pro hac vice*)
Christopher B. Maciel (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661-3693
P:  (312) 902-5200
F:  (312) 577-8989
ross.silverman@katten.com
jared.heck@katten.com
christopher.maciel@katten.com
*Attorneys for Plaintiffs*

By:

Dated: November 22, 2022

Ricardo G. Cedillo
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Ave., Suite 250
San Antonio, Texas 78212
P: (210) 822-6666
F: (210) 660-3795
rcedillo@lawdcm.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2022 I electronically filed the foregoing Opposition with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

By:     */s/ Christopher Maciel*_____
Christopher Maciel (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661-3693
P:  (312) 902-5200
F:  (312) 577-8989
christopher.maciel@katten.com