UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>SANJAY MISRA, M.D.; and SUNJAY MISRA, M.D., P.A.,<br><br>Defendants. | Case No. SA-22-CV-806-JKP (HJB)<br><br>Hon. Jason K. Pulliam<br><br>Magistrate Judge Henry J. Bemporad |

## MEDIATOR'S REPORT PURSUANT TO LOCAL RULE CV-88(g)

The undersigned, Dan Pozza, conducted a mediation in this matter on February 23, 2024. This case is based upon claims of violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") and the common law claim for money had and received. The case did not settle at mediation; however, the undersigned remains available to assist the parties and their counsel with ongoing efforts to reach an amicable resolution.

Respectfully submitted,

/s/ Dan Pozza
Dan Pozza
State Bar of Texas 16224800
**Dan Pozza, PLLC**
239 E. Commerce Street
San Antonio, TX 78205
210-226-8888  Office
210-287-9068  Cell
210-224-6373  Fax
Email: dan@danpozza.com

**CERTIFICATE OF SERVICE**

    I certify that on this 11th day of March 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

                                                        /s/ Dan Pozza
                                                        Dan Pozza