UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-22-CV-806-JKP |
| SANJAY MISRA, M.D. and SANJAY MISRA, M.D., P.A., | § § § | |
| Defendants. | § § | |

**MEDIATION ADVISORY OF SETTLEMENT**

The matter before the Court is the outcome of the Mediation held by the undersigned on September 26, 2025. (*See* Docket Entry 120.) Pursuant to Local Civil Rule CV-88(g), the District Court is advised that this case <u>did</u> settle during mediation.

In accordance with the terms of the settlement set forth on the record, the parties agreed to file their appropriate settlement documents with Judge Pulliam **on or before November 10, 2025**.

**SIGNED** on September 26, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge